United States District Court

Eastern District of California

Aaron Lee Shelton,

    Petitioner,                   No. Civ. S 05-1744 DFL PAN P

  vs.                             Order

State of California, et al.,

    Respondents.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1  Within 30 days from the day this order is signed petitioner
2 may submit either the filing fee or the application required by
3 section 1915(a).  The Clerk of the Court is directed to mail to
4 petitioner a form application for leave to proceed in forma
5 pauperis.  Failure to comply with this order will result in this
6 file being closed.
7  So ordered.
8  Dated:  November 15, 2005.

```
                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge
```