United States District Court

Eastern District of California

Aaron Lee Shelton,

    Petitioner,                          No. Civ. S 05-1744 DFL PAN P

  vs.                                            Order

State of California, et al.,

    Respondents.

-oOo-

Petitioner, a prisoner without counsel, seeks to commence a habeas corpus action. November 15, 2005, the court informed petitioner this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner did not respond. Accordingly, this file is closed.

So ordered.

Dated: February 7, 2006.

                                         /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge